UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BILLSTEIN, SR., et.al.,   No. 08-13415

    Plaintiffs,   District Judge Anna Diggs Taylor

v.   Magistrate Judge R. Steven Whalen

MARK GOODMAN, et.al.,

    Defendants.

                                             /

**ORDER**

Defendants' Motion for Clarification [Docket #206] is hereby GRANTED.

This Court's order of May 18, 2010 [Docket #190] is modified and clarified as follows:

On page 1, line 4, "The motion is GRANTED to the extent that Plaintiffs shall *use* as an expert...," which contains a typographical omission of the word "not," is changed to "The motion is GRANTED to the extent that Plaintiffs shall *not use* as an expert...."

In addition, as explained in a telephonic conference with counsel for the parties, the fact that Mr. Suppes, Mr. Barnes, or any other witness might have a consulting contract with any customer or competitor of any of the Defendants or Plaintiffs, or might work within the industry as a consultant, does not require that they be stricken as witnesses, as long as they are not otherwise employees, contractors, customers, shareholders, or sales representatives of the Plaintiffs, Defendants or their competitors.

    SO ORDERED.

                                         S/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 14, 2010.

                                                 S/Gina Wilson
                                                 Judicial Assistant