UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BILLSTEIN, SR., et.al.,   No. 08-13415

    Plaintiffs,   District Judge Arthur J. Tarnow

v.   Magistrate Judge R. Steven Whalen

MARK GOODMAN, et.al.,

    Defendants.
    /

## ORDER

For the reasons stated on the record on August 31, 2010, Plaintiffs' Motion to Compel the Deposition of Mark Gregory [Docket #232] is DENIED, and the Rule 45 subpoena directed at Mr. Gregory is QUASHED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 31, 2010.

S/Gina Wilson
Judicial Assistant