UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BILLSTEIN, SR., et.al.,      No. 08-13415

    Plaintiffs,      District Judge Arthur J. Tarnow

v.      Magistrate Judge R. Steven Whalen

MARK GOODMAN, et.al.,

    Defendants.
_____/

# ORDER

For the reasons and under the terms stated on the record on August 31, 2010, Plaintiffs' Motion to Compel Intercompany Transaction and Financial Accounting Documents Going Back to 1996 Based on Fraudulent Concealment of Defendants [Docket #250] is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED to the extent that Defendants shall, within 30 days of the date of this Order, produce the following information:

    1. The Goodman Defendants' personal financial statements and tax returns going back to 1998. These documents may be redacted to exclude any information not relevant to the valuation of stock;

    2. The related company financial statements and tax returns going back to 1998;

    3. A sampling of invoices that Eaton Steel Bar Company sent to end purchasers of Hercules steel going back to 1996. The sampling will consist of one day's invoices for each year going back to 1996, with the same day being sampled for each year. No later than September 3, 2010, Plaintiffs will designate which particular day they want sampled.

    In all other respects, Plaintiffs' Motion is DENIED.

This Order shall not be construed as a finding that Defendants engaged in fraudulent concealment.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 31, 2010.

S/Gina Wilson
Judicial Assistant